UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MELANIE DAWN BAIRD,<br>　　　Plaintiff,<br><br>　　　v.<br><br>BOSTON COLLEGE,<br>　　　Defendant. | )<br>)<br>)<br>)　　Civil Action No.<br>)　　23-10721-NMG<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

GORTON, J.

On June 9, 2023, plaintiff was advised that this action will be dismissed unless she files an amended complaint which cures the jurisdictional deficiencies of her original complaint and sets forth a plausible claim upon which relief can be granted. Docket No. 5.

Now before the Court are plaintiff's motions for extension of time and to stay proceedings. Docket Nos. 6, 8. In her motion for extension of time, plaintiff seeks an additional 14 days to amend the complaint. Docket No. 6. In her motion to stay, she seeks to have this court stay the proceedings while she seeks relief from the United States Congress. Docket No. 8. Here, the Court finds that the case must move forward. Therefore, the Court will not stay the case but will briefly extend the time for plaintiff to file an amended complaint.

Accordingly, this action will be dismissed in 14 days from the date of this Order unless plaintiff files an amended complaint which cures the jurisdictional deficiencies of the original complaint and sets forth a plausible claim upon which relief ~~may~~ can be granted.  Failure to comply with this directive will result in the dismissal of this action.  No further extensions will be granted.

   **So ordered.**

                                   _Nathaniel M. Gorton_
                                   Nathaniel M. Gorton
                                   United States District Judge

Dated: 09/20/2023

2