UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
MELANIE DAWN BAIRD,            )
        Plaintiff,             )
                               )     Civil Action No.
        v.                     )     23-10721-NMG
                               )
BOSTON COLLEGE,                )
        Defendant.             )
_____)
```

ORDER

GORTON, J.

On April 4, 2023, plaintiff Melanie Dawn Baird initiated this action by filing a pro se complaint seeking equitable and monetary relief from Boston College.  Docket No. 1.

On June 9, 2023, plaintiff was advised that this action will be dismissed unless she files an amended complaint which cures the jurisdictional deficiencies of her original complaint and sets forth a plausible claim upon which relief may be granted.  Docket No. 5.

On July 10, 2023, plaintiff sought an additional 14 days to amend the complaint.  Docket No. 6.  She subsequently filed a motion to stay proceedings while she seeks relief from the United States Congress.  Docket No. 8.

On September 20, 2023, plaintiff's motion for stay was denied and she was granted an extension of time of 14 days to file an amended complaint.  Docket No. 10.  The Order stated

that failure to comply will result in the dismissal of this action and that no further extensions will be granted.

On October 2, 2023, two days before the expiration of the deadline for filing an amended complaint, plaintiff filed a motion for reconsideration.  Docket No. 11.  In her motion, plaintiff again seeks to have this Court stay the proceedings while she seeks relief from the United States Congress.  Id.

Although plaintiff again seeks to stay the proceedings, she has not filed an amended complaint and the time to do so has expired.  It is a long-established principle that the court has the authority to dismiss an action sua sponte for a party's failure to prosecute and to follow the court's orders.  Rule 41(b) of the Federal Rules of Civil Procedure expressly authorizes a district court to dismiss a case "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order . . . ." Fed. R. Civ. P. 41(b).

Accordingly, this action is dismissed (1) for the reasons stated in the June 9, 2023 Memorandum and Order, and (2) for failing to comply with the September 20, 2023 Order.  The Clerk shall enter a separate order of dismissal.

**So ordered.**

Nathaniel M. Gorton
United States District Judge

Dated: 10/12/2023